JOHN STORM MEDICAL EQUIPMENT, INC.
P.O. BOX 515
WEST MONROE, LA 71294-0515

# Invoice

| Date | Invoice # |
|---|---|
| 2/20/2012 | 32986 |

**Bill To**
OXFORD HEALTH & REHAB CENTER
6428 US HWY 11
LUMBERTON, MS 39455

**Ship To**
OXFORD HEALTH & REHAB CENTER
6428 US HWY 11
LUMBERTON, MS 39455
601-794-8566/601-794-8859(FAX)
ATTN: LJ DANIELS

| P.O. No. |
|---|
| |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Service Call IV | Complete system/equipment check by two service technicians for the first hour of service. Facility called and reported that the door magnets were not working. The techs came and checked the door closer and determined that it needed adjusting. In order for the door to pull shut and latch the hardware at the top of the door was keeping the door from mating properly with the lock. The techs also put washers to assist in better mating the lock and armature. The top of one door rubs the door frame and was also causing the door not to close right. Door closers are worn out. Everything was adjusted as much as possible. Both doors closed and secured properly. | 1 | 100.00 | 100.00 |
| Service Call III | Complete system/equipment check by two service technicians for remaining hours of service. | 2 | 85.00 | 170.00 |
| Mileage | Mileage for Service Call (one-way charge) | 230 | 1.25 | 287.50 |

THANK YOU FOR YOUR BUSINESS.

FINANCE CHARGE OF 1.5% MONTHLY ON ALL INVOICES PAST DUE.
THANK YOU! YOUR BUSINESS IS GREATLY APPRECIATED!
CALL @ 800-441-4841
FAX @ 888-945-0020
E-MAIL: jwhite@stormmed.com

remit: Maint-Equip. Repair

Pd 6/19/12
CK# 1079
$2,165 50

iption:

orized Signature PBL

| | |
|---|---|
| **Subtotal** | $557.50 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $557.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $557.50 |

Exhibit "F"

JOHN STORM MEDICAL EQUIPMENT, INC.
P.O. BOX 515
WEST MONROE, LA 71294-0515

# Invoice

| Date | Invoice # |
|---|---|
| 12/22/2011 | 32646 |

**Bill To**
OXFORD HEALTH & REHAB CENTER
6428 US HWY 11
LUMBERTON, MS 39455

**Ship To**
OXFORD HEALTH & REHAB CENTER
6428 US HWY 11
LUMBERTON, MS 39455
601-794-8566/601-794-8859(FAX)
ATTN: LJ DANIELS

| P.O. No. |
|---|
| |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| SC-A05000900 | 500 DE EXIT PANEL | 1 | 549.00 | 549.00T |
| SC-A41013900 | LOCKS - 650 LBS | 1 | 479.00 | 479.00T |
| SC-A05030900 | Inside Remote Keypad | 1 | 145.00 | 145.00T |
| Installation | Installation of new/used system and/or equipment | | 435.00 | 435.00 |

THANK YOU FOR YOUR BUSINESS

FINANCE CHARGE OF 1.5% MONTHLY ON ALL INVOICES PAST DUE.
THANK YOU! YOUR BUSINESS IS GREATLY APPRECIATED!
CALL @ 800-441-4841
FAX @ 888-745-0020
E-MAIL: jwhite@stormmed.com      A/P

G/L Account:           Amount:

Description:

Authorized Signature

| | |
|---|---|
| Subtotal | $1,608.00 |
| Sales Tax (0.0%) | $0.00 |
| Total | $1,608.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $1,608.00 |

The Front Image:      Print

ACADEMY HEALTH CENTER INC. DBA 04/12
LAMAR HEALTHCARE & REHABILITATION CTR
8425 HWY 11   601-794-5566
LUMBERTON, MS 39455

1079
85-358-655

Date: 6/19/12

Pay to the Order of: John Storm Medical Equipment    $2,165.00

Two Thousand One Hundred Sixty-Five And 00/100 Dollars

Hancock Bank.
Member FDIC/Hancock Bank, NA
A Hancock Holding Company

For: Inv #32646/32986

⑆065503681⑆   4635094⑈   1079

The Back Image:      Print

C6251Z 8182 982172741>111183656<MONROE LA

CREDITED TO THE ACCOUNT
OF THE WITHIN NAMED PAYEE